**Close Report**

| Print Report | Export to PDF | Contact Us | Adverse Action Letter |
| Upload Supporting Docs | Applicant Copy | 613 Notice | Inhouse | Client Copy |
| | Get Additional Info | File Upload | |

## Applicant Information

| | | | |
|---|---|---|---|
| **Applicant Name:** | NEELY, MARVELL ANTHONY | **SSN:** | XXX-XX-XXXX |
| **Address:** | ▨▨▨▨▨▨ | **Phone(s):** | ▨▨▨▨▨▨▨▨▨▨ |
| **City/State/Zip:** | ▨▨▨▨▨▨ | **Email:** | ▨▨▨▨▨▨▨▨▨▨ |
| **AKA Name(s):** | NEELY, MARVELL A | | |

## Additional information provided by applicant

This information was provided by your applicant during the Apply Now process and has not been confirmed by Trusted Employees.

**NO ADDITIONAL INFORMATION PROVIDED BY APPLICANT**

## Employer Information

| | | | |
|---|---|---|---|
| **Account #:** | 35451S | **Attn:** | MEGAN BEAULIEU |
| **Phone:** | 6166288005 | **Date Ordered:** | 02/18/2021 |
| **Completed:** | 02/25/2021 | **Entered By:** | 35451S |
| **Proofed By:** | JOSHUAD | **Report Type:** | CRIMINAL BACKGROUND CHECK (PKG # 1) |
| **File #:** | 35BC17 | **Position Applied For:** | LEASING CONSULTANT |

**To view original order data click here .**

## Fraud Protection

Social Security Numbers can only be validated to being issued or not issued based on information available from the Social Security Administration. They may be valid numbers but issued to a different person. If no credit score is found please request to see the applicant's social security card and State ID. For security purposes only partial Social Security Numbers are displayed. Contact Trusted Employees if you need to discuss discrepancies.

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | NEELY, MARVELL | **SSN:** | XXX-XX-XXXX | **Status:** | ISSUED SSN |
| **State Issued:** | MISSOURI | | | | |

## Criminal, Traffic, and Infraction Records

For a period of 7 years prior to the date of this report we have searched public records and commercially available data sources for criminal records. The Public Records and commercially available data sources used in this report should not be relied upon as definitively accurate. Data is sometimes entered poorly, processed incorrectly and is generally not free from defects. This report does not eliminate the possibility of additional information contained outside the scope of our search. WARNING: Criminal offenders frequently use aliases, including the names of other individuals. Do not assume search results correspond to the subject of your inquiry. Use EXTREME CAUTION in making employment decisions based upon this information. Fingerprint verification is the only way of confirming a subject's identity. Nationwide Criminal SuperSearch requested (Click here for more information).

**MO , SAINT LOUIS CITY**
NEELY, MARVELL ANTHONY
**US, NATIONWIDE CRIMINAL SUPERSEARCH** (MULTI STATE)
NEELY, MARVELL ANTHONY

**TN , DAVIDSON** (SINGLE COUNTY)
NEELY, MARVELL ANTHONY

---

### 1. Docket: 1322-CR04265

| | | | |
|---|---|---|---|
| **Name:** | NEELY , MARVELL A | **County:** | MO, SAINT LOUIS CITY |
| **Offense:** | **FRAUDULENT USE OF A CREDIT/DEBIT DEVICE (VALUE LESS THAN $500)** | **Disposition:** | CONVICTED |
| **Charge Date:** | 08/23/2013 | **Docket:** | 1322-CR04265 |
| **Offense Level:** | MISD | **DispDate:** | 04/26/2016 |

### 2. Docket: GS723403

| | | | |
|---|---|---|---|
| **Name:** | NEELY, MARVELL | **County:** | TN, DAVIDSON |
| **Offense:** | **UNLAWFUL USE OF DRUG PARAPHERNALIA** | **Disposition:** | DISMISSED |
| **DOB:** | XX/XX/XXXX | **Charge Date:** | 05/14/2015 |
| **Docket:** | GS723403 | **Offense Level:** | MISD |
| **DispDate:** | 05/14/2015 | | |

### 3. Docket: GS723404

| | | | |
|---|---|---|---|
| **Name:** | NEELY, MARVELL | **County:** | TN, DAVIDSON |
| **Offense:** | **POSSESSION OR CASUAL EXCHANGE** | **Disposition:** | DISMISSED |
| **DOB:** | XX/XX/XXXX | **Charge Date:** | 05/14/2015 |
| **Docket:** | GS723404 | **Offense Level:** | MISD |
| **DispDate:** | 05/14/2015 | | |

## Nationwide Sex Offender Registry Search

The information provided below is gathered from every state, territory, and Indian tribe that contributes to the NSOPW / Dru Sjodin National Sex Offender Registry. Information is gathered and refreshed on a bi-weekly basis, and all possible match results are manually checked against the Dru Sjodin website at **www.nsopw.gov** prior to being displayed on the report.

**Names Checked:**
NEELY, MARVELL ANTHONY

**NO RECORDS FOUND**

## Employee Drug Screening

| **1. Test Name:** | 5 PANEL | **Date:** | 02/19/2021 | **Result:** | NEGATIVE |
|---|---|---|---|---|---|

## OFAC / Global Terrorist Search

A search has been made of the following designations which are compiled in the OFAC database.

**Names Searched:**
NEELY, MARVELL

| | |
|---|---|
| **Specially Designated Narcotics Traffickers -** NO RECORDS | **Foreign Terrorist Organizations -** NO RECORDS |
| **Specially Designated Global Terrorists -** NO RECORDS | **Specially Designated Terrorists -** NO RECORDS |
| **Weapons of Mass Destruction Proliferators -** NO RECORDS | **Specially Designated Nationals -** NO RECORDS |

## Address History

The following records represent an applicant's current and previous address history according to information provided within the application form and various databases. Any dates provided are approximate.

| | | | |
|---|---|---|---|
| **1. Address:** | 1115 PINE ST | | |
| **City/State/Zip:** | ST LOUIS, MO 63101 | | |
| **County:** | SAINT LOUIS CITY | | |
| **2. Address:** | 915 THUNDERHEAD | **First Reported:** | 08/01/2017 |
| **City/State/Zip:** | SAINT LOUIS, MO 631383438 | | |
| **County:** | SAINT LOUIS | | |
| **3. Address:** | 1203 MADISON | **First Reported:** | 07/01/2015 |
| **City/State/Zip:** | LA VERGNE, TN 370863994 | | |
| **County:** | RUTHERFORD | | |
| **4. Address:** | 583 DOVER GLENN 204 | **First Reported:** | 04/01/2015 |
| **City/State/Zip:** | NASHVILLE, TN 37211 | | |
| **County:** | DAVIDSON | | |
| **5. Address:** | 11923 BELLEFONTAINE | **First Reported:** | 08/01/2014 |
| **City/State/Zip:** | SAINT LOUIS, MO 631381900 | | |
| **County:** | SAINT LOUIS | | |
| **6. Address:** | 2827 N 14TH | **First Reported:** | 09/01/2011 |
| **City/State/Zip:** | SAINT LOUIS, MO 631073902 | | |
| **County:** | SAINT LOUIS CITY | | |
| **7. Address:** | 7519 ALASKA | **First Reported:** | 12/01/2013 |
| **City/State/Zip:** | SAINT LOUIS, MO 631114002 | | |
| **County:** | SAINT LOUIS CITY | | |
| **8. Address:** | 1610 PAGE INDUSTRIAL | **First Reported:** | 06/01/2019 |
| **City/State/Zip:** | SAINT LOUIS, MO 631321330 | | |
| **County:** | SAINT LOUIS | | |
| **9. Address:** | 2167 EDMUND | **First Reported:** | 10/01/2018 |
| **City/State/Zip:** | SAINT LOUIS, MO 631215613 | | |
| **County:** | SAINT LOUIS | | |
| **10. Address:** | 2240 N 3RD | **First Reported:** | 11/01/2018 |
| **City/State/Zip:** | SAINT CHARLES, MO 633010962 | | |
| **County:** | SAINT CHARLES | | |

## ***** End of Report *****

Please be advised that the information provided should not be the sole determining factor in evaluating the individual. Trusted Employees shall exercise good faith in obtaining information from sources deemed to be reliable but cannot guarantee the accuracy of the information reported. Human error in compiling this information is possible. This report

is being provided to you in strict confidence, and except where required by law, no information provided in this report may be revealed directly or indirectly to any person except those authorized to do so in connection with performing their duties.

**Note: If any information contained in this report will be used for an adverse action please advise your applicant. Should the applicant dispute the information reported please advise us of any discrepancies so further verification can be performed prior to issuance of an adverse action.**